# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>V.<br><br>CLAUDIO ALEJANDRO ESCALANTE-CAMINO,<br><br>    Defendant. | Criminal Case No. 23CR00510-LAB<br><br>ORDER ADOPTING FINDINGS<br><br>AND RECOMMENDATION |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count(s) 1 of the Indictment .

Dated:   7/21/2023

_____

Hon. Larry Alan Burns
United States District Judge

23CR00510-LAB