September 18, 2023


Honorable Larry Alan Burns

United States District Court

333 West Broadway

San Diego, California 92101


Honorable Judge Burns,

Your Honor, I am full of remorse and I know that I need to rethink my life and the people that surround me. I would like to offer my most sincere apologies to this Court and to the many individuals who have been supportive throughout this very difficult period of my life. I can assure you that I have learned my lesson and that I will never do anything illegal. I understand that every action generates a reaction. I accept responsibility for my wrongdoings, and I am ashamed of having had participated in this offense. I hope that my family will forgive me because I will never forgive myself for the disappointment and pain that I have put them through.


Respectfully,

Claudio Alejandro Escalante-Camino

7/24/23

Honorable **Judge Larry Alan Burns**
United States District Court
333 West Broadway
San Diego, California 92101

Ref. **Claudio Alejandro Escalante-Camino**

Honorable Judge Larry Alan Burns,

I hope this letter finds you well.

My name is Victor Camino, I am the uncle of Claudio Alejandro Escalante Camino, I am 67 years old, born in the United States and raised in Mexico City, for more than 35 years I moved back to my country the United States of America.

I respect the authority and have the desire in continuing improving myself personal and professional. I am partner in a small business company, and our line of work is Credit Repair.,

Recently I volunteered at the "Volunteer Income Tax Assistance" (VITA) for the IRS in Olathe Kansas, and also I volunteer for the Global Foundation for piece through soccer camp recently in Olathe Kansas, plus follow spiritual improvement with the word of God, in the community.

You Honor, I know Claudio Alejandro, since he was born and as far as I remember was raised with traditional family values, I remember him as a child attending and spending the weekend with the family in my parent's weekend house close to Mexico City. After his childhood days I basically was focus on my carrier and went to live in a different city and basically lost contact with most of the family. Beaning a teenager and very close relationship and admiration for his only sibling "Jorge", who in a short period of time he lost a battle to cancer and passed away. I believe it my heart that this sad news affected him with deep emotional as well as all of us in the family.

What I know about him, he is a professional in his field of shopping centers, he likes sports and exercise, and there was once that I ask him to help me design a logo for my company which he did a great job and felt his love and support towards me as his uncle.

1

Your Honor, it was a total surprise to me that he has been detained, until now I didn't know the reason, but he is family and I been writing several letters to him, my sister told me that he doesn't want to even call me because *he is ashamed* and doesn't have the words to explain me, but in the letters that I receive from him, his words express that he repents of his immature actions, and is seeking deeply out to God for forgives and have another opportunity to change his life, and help others and grateful with the family that we continue to show our love to him. He was happy when he was given a bible, he been studying the word and also he found another inmate that support each other with passion in understanding the word of God.

Your Honor, certainly, for the family this shameless news is a surprise to all of us, never cross my mind that he was misguided in his young age. The fact that this incident happened, we are worried about him, that his emotions could be affected and in case his sentence is for a long time. We as his family will be devastated. My prayers and hope are mercy, a lesson learned and change of direction.

I believe that he wants an opportunity to change the course of his life.

Your Honor, I apologize for my grammar or typos, this sincere letter.

My respect to you and your work.

Sincerely,

Victor Camino

2

Letter of Reference for Claudio Alejandro Escalante Camino.

Honorable Judge Burns,

I am writing to you in the most respectful manner to advocate for my nephew, Claudio Alejandro Escalante Camino.

My name is Jesús Javier García Gaytán. I am 70 years old, retired, and I live in Querétaro, Mexico. I am Claudio Alejandro Escalante Camino's uncle by marriage, and I have known him since the day he was born. Our families have always maintained a strong relationship of friendship, respect, and affection.

Claudio Alejandro Escalante Camino has always been a good person, respectful, and affectionate towards his parents, siblings, grandparents, friends, and the entire family, which is why he is so loved and appreciated by everyone.

Claudio Alejandro Escalante Camino started working at a young age, demonstrating honesty, hard work, and entrepreneurial spirit with great enthusiasm to develop his ideas and create job opportunities.

In his community, he is a beloved and respected individual known for his hard work, generosity, friendship, entrepreneurship, and willingness to help those in need. During his time in confinement, he has dedicated a considerable portion of it to prayer, strengthening his faith in God, which has enabled him to contemplate his life and future.

Therefore, I respectfully implore Your Honor's benevolence in delivering his sentence.

Sincerely,

Jesús Javier García Gaytán

Honorable Larry Alan Burns
United States District Court
333 West Broadway
San Diego California 92101

My name is Alexis Caballero Souza. I am currently an entrepreneur, focused on Data Science and Digital Marketing. I also have experience working as a Data Science executive for technology and banking companies.

I have known Claudio Alejandro Escalante-Camino for around 10 years. My appreciation of him is that he is a hard-working young man with a noble personality. As far as I have seen, he is a person with no vices. On the contrary, he has shown a friendly, healthy and trustworthy character, always willing to help others and share the success he has achieved.

Claudio Alejandro has demonstrated strong resilience in the face of adversities. When his older brother died 7 years ago, he turned himself to study and work to cope with the situation, coming out of it stronger, with an empathic concern for the well-being of others.

I've also witnessed and appreciated his receptiveness to criticism, his ability to learn from his mistakes, and to use these lessons to benefit not only himself but the people around him.

Regarding his current situation, I trust that he is not only grief-stricken, but also deeply remorseful and already learning from it, and that he will not relapse. If he is given an opportunity of compassion, I truly believe he will not waste it, and that he will become a better person, with a positive influence on others.

Yours sincerely,

Alexis Caballero Souza

July 24, 2023

Honorable Judge Larry Alan Burns
United States District Court
333 West Broadway
San Diego, California 92101

Case File: Claudio Alejandro Escalante-Camino

Your Honor,

My name is Victor M. Camino. I am a 31-year-old U.S. citizen currently residing in New York City and I've been working for a New York Risk Management firm for the past ten years.

I'm writing this letter on behalf of my cousin, Claudio Alejandro. My dad and his mother are brother and sister. We were raised in Mexico and our respective families lived close to one another. Consequently, our childhoods and upbringing were very similar, filled with love and joy.

Even now with me residing in the U.S., we continue to share a close family bond, always catching up at family events and during holiday visits in a respectful manner to all people and laws.

I believe my extensive relationship with Claudio Alejandro can serve to attest to his strength of character. Claudio Alejandro has always been a family oriented individual. He is charming, compassionate and ready to lend a hand for any of his family members.

He's got this warmth about him that makes him easy going and has the ability to care for his friends and coworkers with duty and respect.

In school, Claudio Alejandro performed well. While pursuing his studies, he began working on developing the framework for the company he has today. By the time he finished school, my cousin embarked on his entrepreneur endeavors. His dedication, hard work and vision managed to make his dream of managing a business a reality. After a number of years growing his company, Claudio Alejandro is now known in his community and he's been able to provide others with stable jobs that offer good working conditions.

Now that I've had the chance to speak at length with Claudio Alejandro during his detainment, he strongly believes that he has learned from this experience. He is deeply remorseful and feels regret on the events following his legal apprehension. He has made a commitment to be conscious of his actions and intends to live in accordance with truth. He vows to continue strengthening his ties with his family and community and vows to never repeat any unlawful actions.

Our family mourns and is saddened about Claudio Alejandro's detention. But as law abiding citizens, we understand is a necessity to respect and uphold the law in this country. With that being said Your Honor, our family wish to request for a non-prolonged detention. Claudio Alejandro feels regret and remorse for his actions and is eager to reunite with his friends and family so that he may resume with his life as a law abiding citizen.

Your Honor, I appreciate your time reading this letter.

Sincerely,

Victor M. Camino

Victor Manuel Camino