TARA K. MCGRATH
United States Attorney
MATTHEW J. SUTTON
Assistant United States Attorney
Illinois State Bar No. 6307129
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Tel: (619) 546-8893
Email: matthew.sutton@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 23CR0510-LAB |
|---|---|
| Plaintiff, | DECLARATION OF AUSA MATTHEW J. SUTTON |
| v. | |
| CLAUDIO ALEJANDRO ESCALANTE-CAMINO, | |
| Defendant. | |

I, Matthew J. Sutton, declare:

1. I am an Assistant U.S. Attorney for the Southern District of California and am representing the United States in the above case.

2. On September 28, 2023, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of CLAUDIO ALEJANDRO ESCALANTE-CAMINO ("Defendant") in a Rolex Carbon Fiber GMT Watch, SN: 79D17324 pursuant to Title 18, United States Code, Section 982(a)(1).

3. For thirty (30) consecutive days ending on November 26, 2023, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture

Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the property.

4.    There were no potential third parties known to the United States to have an alleged interest in the forfeited property.  Therefore, no one was provided with direct notice.

5.    Thirty (30) days have passed following the final date of notice by publication and no third party has made a claim to or declared any interest in the forfeited property described above.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 29, 2024.

s/Matthew J. Sutton
MATTHEW J. SUTTON
Assistant United States Attorney
Attorney for Plaintiff

- 2 -                                    23cr0510